

U. S. Department of Justice  *C Clerk*

*George E. B. Holding*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

DATE:     October 24, 2006

REPLY TO    GEORGE E.B. HOLDING, United States Attorney
ATTN OF:    JOE EXUM, JR.
            Assistant United States Attorney

SUBJECT:    <u>United States v. Luke Michael Churchill</u>
            No. 7:06cr-100FL - Southern Division

TO:         Clerk's Office
            United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina

CC:         United States Probation
            Raleigh, North Carolina

            United States Marshal Service
            Raleigh, North Carolina

     Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office.