# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EXHIBIT LIST - GOVERNMENT/DEFENSE

JUDGE PRESIDING: USMJ E.S. SWEARINGEN

USA
V.
LUKE MICHAEL CHURCHILL
7:06-CR-100-1FL

ATTORNEYS:
USAttorney: JAY EXUM
Defense: ROBERT MCAFEE
Case Agent - ROBERT BENTON, RICHARD NOVELLI
Jury Trial - NO

COURT REPORTER: TAPED
DEPUTY CLERK: S. POWERS

| USA # | Deft # | DATE | WITNESS | DESCRIPTION | OBJ. | ADM. | RET. TO AGENT |
|---|---|---|---|---|---|---|---|
| G1 | | 11/8/06 | R. Benton | Cut outs of young girls from magazines | | ✓ | ✓ |
| G7 | | 11/8/06 | R. Benton | Picture of plastic bag w/ childrens socks | | ✓ | ✓ |
| G8 | | 11/8/06 | R. Benton | Picture of contents of G7 hideout | | ✓ | ✓ |
| G9 | | 11/8/06 | R. Benton | DNR | | ✓ | ✓ |
| G10 | | 11/8/06 | R. Benton | Last Will and Testament | | ✓ | ✓ |
| G6 | | 11/8/06 | R. Novelli | Order of Protection | | ✓ | ✓ |