UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Luke Michael Churchill | Case Number: | 7:06-CR-100-1FL |
| Name of Sentencing Judge: | Honorable Louise W. Flanagan | | |
| Date of Original Sentence: | October 16, 2007 | | |
| Original Offense: | 18 U.S.C. §2252(a)(4)(B) Possession of Child Pornography | | |
| Original Sentence: | 95 months imprisonment; 180 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 09/10/2013 |
| Defense Attorney: | Robert J. McAfee | | |

## EARLIER COURT ACTION

July 14, 2016  Petition for Action to amend the original conditions of supervised release by imposing specific sex offender conditions appropriate to Churchill's conviction.

March 20, 2018  Petition for Action to allow Churchill to be alone with his biological child and fiance's children approved by the court.

June 26, 2019  Violation Report to the court to advise of ongoing criminal investigation regarding allegations Churchill has engaged in inappropriate contact with his daughter. Supervision continued and the probation office to monitor the investigation.

July 19, 2019  Violation Report to the court reporting that Churchill was charged with Felonious Failure to Report New Address Change to the Sheriff's Department. Supervision continued to allow the ongoing criminal investigation to continue and monitor disposition of the charge in state court.

## PETITIONING THE COURT

Violation 1 -  <u>Criminal conduct.</u>

On August 9, 2019, Churchill was arrested by the New Hanover County Sheriff's Department and charged with 2 counts of Rape of a Child by an Adult, 2 Counts of Incest, 2 Counts of Felony Child Abuse Sex Act, and 6 Counts of 1st Degree Sexual Exploitation of a Minor. The investigators found approximately 152 images on Churchill's work computer of sexually explicit images of his 4 year old daughter. Churchill is currently in custody under no bond while investigators continue to gather more evidence.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. Since the defendant has pending criminal charges, it is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 9th day of August, 2019.

Luke Michael Churchill
Docket No. 7:06-CR-100-1FL
PROB 12C
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2046<br>Executed On: August 9, 2019 |

THE COURT ORDERS:

[X] ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

[ ] OTHER:

_____   8/9/2019
Louise W. Flanagan                           Date
U.S. District Judge