UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

AMENDED Motion for Revocation on Offender Under Supervised Release

| | | | |
|---|---|---|---|
| Name of Offender: | Luke Michael Churchill | Case Number: | 7:06-CR-100-1FL |
| Name of Sentencing Judge: | Honorable Louise W. Flanagan | | |
| Date of Original Sentence: | October 16, 2007 | | |
| Original Offense: | Possession of Child Pornography, 18 U.S.C. §2252(a)(4)(B) | | |
| Original Sentence: | 95 months imprisonment; 180 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 09/10/2013 |
| Defense Attorney: | Robert J. McAfee | | |

## EARLIER COURT ACTION

July 14, 2016    Petition for Action to amend the original conditions of supervised release by imposing specific sex offender conditions appropriate to Churchill's conviction.

March 20, 2018   Petition for Action to allow Churchill to be alone with his biological child and fiance's children approved by the court.

June 26, 2019    Violation Report to the court to advise of ongoing criminal investigation regarding allegations Churchill has engaged in inappropriate contact with his daughter. Supervision continued and the probation office to monitor the investigation.

July 19, 2019    Violation Report to the court reporting that Churchill was charged with Felonious Failure to Report New Address Change to the Sheriff's Department. Supervision continued to allow the ongoing criminal investigation to continue and monitor disposition of the charge in state court.

August 9, 2019   A Sealed Motion for Revocation was filed based on the defendant's arrest for the new criminal conduct described below and a warrant was issued.

## PETITIONING THE COURT

Violation 1 -    Criminal conduct.

On August 9, 2019, Churchill was arrested by the New Hanover County Sheriff's Department and charged with 3 counts of Rape of a Child by an Adult, 3 counts of Incest, Felony Child Abuse Sex Act, and 15 counts of 1st Degree Sexual Exploitation of a Minor (19CRS56623-56626 and 19CRS4409-4411). The investigators found approximately 152 images on Churchill's work computer of sexually explicit images of his 4-year-old daughter. Churchill remains in custody. On April 28, 2020, the defendant was named in two-count Federal Indictment (7:20-CR-72-1FL) which charged him with Count 1: Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e); and Count 2: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). Arraignment is pending.

This document updates the last filed Motion for Revocation wherein the court ordered issuance of a warrant. In view thereof, we respectfully petition the court that the term of supervision be revoked.

This the 23rd day of June, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ David W. Leake</u>
David W. Leake
Supervising U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2045
Executed On: June 23, 2020