UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Second Amended Motion for Revocation on Offender Under Supervised Release

| | | | |
|---|---|---|---|
| Name of Offender: | Luke Michael Churchill | Case Number: | 7:06-CR-100-1FL |
| Name of Sentencing Judge: | Honorable Louise W. Flanagan | | |
| Date of Original Sentence: | October 16, 2007 | | |
| Original Offense: | Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B) | | |
| Original Sentence: | 95 months imprisonment; 180 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 9/10/2013 |
| Defense Attorney: | Robert J. McAfee | | |

EARLIER COURT ACTION

07/04/2016　Petition for Action to amend the original conditions of supervised release by imposing specific sex offender conditions appropriate to Churchill's conviction.

03/20/2018　Petition for Action to allow Churchill to be alone with his biological child and fiance's children approved by the court.

06/26/2019　Violation Report to the court to advise of ongoing criminal investigation regarding allegations Churchill has engaged in inappropriate contact with his daughter. Supervision continued and the probation office to monitor the investigation.

07/19/2019　Violation Report to the court reporting that Churchill was charged with Felonious Failure to Report New Address Change to the Sheriff's Department. Supervision continued to allow the ongoing criminal investigation to continue and monitor disposition of the charge in state court.

08/09/2019　A Sealed Motion for Revocation was filed based on the defendant's arrest for the new criminal conduct described below and a warrant was issued.

06/23/2020　An Amended Motion for Revocation was filed.

06/24/2020　Arrest warrant was executed. Initial Appearance held before U.S. Magistrate Judge Robert B. Jones, Jr. in Wilmington, North Carolina. On June 29, 2020, the defendant waived his rights to Probable Cause and Detention Hearings.

PETITIONING THE COURT

Violation 1 -　Criminal conduct.

On September 14, 2021, the defendant pled guilty in the Eastern District of North Carolina to Production of Child Pornography (7:20-CR-72-1FL), in violation of 18 U.S.C. § 2251(a). Sentencing is scheduled before Your Honor on June 14, 2022.

The defendant has related state charges that remain pending in New Hanover County, North Carolina. On August 9, 2019, the defendant was arrested by the New Hanover County Sheriff's Department after committing the below offenses:

19CRS004411: Incest, Statutory Rape of a Child by an Adult, and First Degree Sexual Exploitation of a Minor
19CRS055899: Failure to Report New Address by Sex Offender
19CRS056623: 3 counts of Statutory Rape of a Child by an Adult, 2 counts of Incest, and First Degree Sexual Exploitation of a Minor

Luke Michael Churchill
Docket No. 7:06-CR-100-1FL
PROB 12C
Page 2

19CRS056624: 2 counts of Incest, 2 counts of Felony Child Abuse – Sexual Act, Statutory Rape of a Child by an Adult, and First Degree Sexual Exploitation of a Minor

This document updates the last filed Motion for Revocation wherein the court ordered issuance of a warrant. In view thereof, we respectfully petition the court that the term of supervision be revoked.

This the 6th day of June, 2022.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2048<br>Executed On: June 6, 2022 |